*Decisions by the Presiding Justice on Application to Appeal from the Appellate Term.*

United States Title Guaranty Company, Respondent, v. Howard A. Sperry, Appellant.— Application denied, without costs.

William D. Chapin, Respondent, v. Freeman A. Godfrey and William Keeler, Copartners, etc., Appellant.— Application denied, with ten dollars costs.

Charles G. Ross, Appellant, v. Long Island Railroad Company, Respondent. Charles Ross & Son Company, Appellant, v. Long Island Railroad Company, Respondent.— Application denied, with ten dollars costs in one case.

Louis E. Seddon and Others, Appellants, v. Kellner Construction Company, Respondent.— Application denied, with ten dollars costs.

*Decisions by Mr. Justice Rich on Application to Appeal from the Appellate Term.*

George W. Frick, Respondent, v. John Michel and Others, Appellants.— Application denied, with ten dollars costs.

Moran Towing and Transportation Company, Respondent, v. Michel Brewing Company, Appellant.— Application denied, with ten dollars costs.